# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                             No. 4:17-cr-158-DPM

TRAVIS WILLIAMS                                                    DEFENDANT
Reg. No. 31451-009

## ORDER

Williams moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the risk that the ongoing COVID-19 pandemic presents to his health. He says he's asked the Bureau of Prisons to submit a compassionate release motion on his behalf. *Doc. 64-1 at 1.* The United States questions whether he's fully exhausted his administrative rights to appeal. *Doc. 67 at 4.*

It's unnecessary to get clarity on the exhaustion issues, though, because even if Williams has exhausted his administrative remedies, his motion fails on the merits. Williams is a black man in his mid-thirties. He's overweight and has high blood pressure. His concerns about the virus are therefore valid. But the Bureau of Prisons has begun vaccinating staff and inmates. FCI Bastrop has fully vaccinated almost 400 inmates and staff and currently has only seven positive cases. https://www.bop.gov/coronavirus (accessed 16 March 2021). The Court is therefore hopeful that the risk that COVID-19 presents to Williams and other prisoners at Bastrop is declining. Further, Williams

has served less than half of his 42-month sentence, which was a downward variance from his advisory Guidelines range. Reducing his sentence by another nineteen months would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter him and others. All material things considered, the statute's remedy—reducing Williams's sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 61*, is therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2021